UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | SA CV 13-1419 CJC (RZ) | Date | February 7, 2014 |
|---|---|---|---|
| Title | PAUL THOMAS SWANGLER v. STATE OF CALIFORNIA | | |

Present: The Honorable **RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE**

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney Present for Petitioner: | Attorney Present for Respondent: |
|---|---|
| N/A | N/A |

**Proceedings:**     **In Chambers –**
               **ORDER TO SHOW CAUSE DIRECTED TO RESPONDENT**

On January 3, 2014, after Petitioner presented evidence that his former direct-appeal attorney had failed to return Petitioner's copies of the state-court transcripts and briefs underlying this case, the Court ordered Respondent to mail copies of those materials to Petitioner in the interests of justice and efficiency. Specifically, the Court ordered "Respondent (1) to mail to Petitioner copies of the lodged documents listed on Respondent's November 12, 2013 Notice Of Lodging, and (2) to file a proof of such mailing with the Court, both by January 16, 2013."

On February 3, Petitioner pointed out in a motion that he had not yet received these documents. The Court's docket as of February 5 shows that no proof of mailing has been filed.

Accordingly, Respondent is ORDERED TO SHOW CAUSE in writing, within 14 days, why monetary or other appropriate sanctions should not be entered against Respondent. The Court anticipates discharging this show-cause order if Respondent files a tardy but otherwise satisfactory proof of mailing within the 14-day period.

IT IS SO ORDERED.

                                                                                         :
                                            Initials of Preparer           ib