**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAUL THOMAS SWANGLER, | ) | CASE NO. SA CV 13-01419 CJC (RZ) |
| Petitioner, | ) | |
| vs. | ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| THE STATE OF CALIFORNIA, | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of United States Magistrate Judge. Petitioner has not filed any written objections to the Report. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: July 14, 2014

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE