**O**

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAUL THOMAS SWANGLER, | ) | CASE NO. SA CV 13-01419 CJC (RZ) |
| Petitioner, | ) ) ) | JUDGMENT |
| vs. | ) ) | |
| THE STATE OF CALIFORNIA, | ) ) | |
| Respondent. | ) ) | |

This matter came before the Court on the Petition of PAUL THOMAS SWANGLER, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: July 14, 2014

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE