**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL THOMAS SWANGLER,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>THE STATE OF CALIFORNIA,<br><br>　　　　Respondent. | CASE NO. SA CV 13-01419 CJC (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of PAUL THOMAS SWANGLER, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: October 29, 2014

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　CORMAC J. CARNEY
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE